ATTACHMENT

[PROPOSED] PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADELAIDA ANGELA AGUILAR, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WHITTIER, an incorporated municipality, WHITTIER POLICE DEPARTMENT, a governmental entity of unknown form, R. JENSEN, an individual; and DOES 1 through 100,<br><br>    Defendants.<br>_____ | NO. CV07-03260 GW (AGRx)<br><br>**PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS** |

**PROTECTIVE ORDER:**

    1.    Counsel for Defendants, City of Whittier, Whittier Police Department, and Officer Richard Jensen, agree to the following limited protective order concerning law enforcement documents, and shall disclose to counsel for Plaintiff, records containing personnel matters, such documents the police department deems confidential.

    2.    Counsel for the Plaintiff shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with Plaintiff, or investigators, consultants and experts retained on behalf of the Plaintiff in this matter.

3. Prior to the dissemination of any such information pursuant to this order, counsel for the Plaintiff shall inform such person of the terms and conditions of this order and secure such person's agreement to be bound by it.

4. Plaintiff, Plaintiff's counsel, and Plaintiff's investigators, consultants and experts, are expressly prohibited from utilizing the disclosed information for any purpose other than the prosecution of *Adelaida Aguilar v. City of Whittier, et al.*, Case No.CV07-03260 GW (AGRx) and the information disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose.

5. Plaintiff, Plaintiff's counsel, and Plaintiff's investigators, consultants and experts, are expressly prohibited from disclosing orally or otherwise the information subject to this Protective Order to any person other than those who are reasonably necessary for the prosecution of *Adelaida Aguilar v. City of Whittier, et al.*, Case No.CV07-03260 GW (AGRx)

6. Plaintiff, Plaintiff's counsel, and Plaintiff's investigators, consultants and experts, are expressly prohibited from duplicating, copying or otherwise distributing or disseminating any of the disclosed information to any person or entity.

7. Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information.

8. In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain relief to this court against any such person violating or threatening to violate any of the terms of this order. This court shall retain jurisdiction over the parties and any other persons subject to the terms of this order for the purpose of enforcing this order. The court shall have the power to impose whatever penalties it deems appropriate for the violation of said order, including, but not limited to, monetary and judicial sanctions and contempt.

9. At the final conclusion of this action, all disclosed materials will be returned to the counsel for the Defendant after final judgment, including any appeals,

1  if any, upon written request from Defendant. If for any reason Defendant does not
2  request the return of such documents, this does not terminate the obligation to keep
3  such records confidential, not duplicated or disseminated.
4      10.   This order shall survive the final termination of this action, to the extent
5  that the information disclosed remains confidential and does not become known to the
6  public, and the court shall retain jurisdiction to resolve any dispute concerning the use
7  of the information disclosed herein.

**IT IS SO ORDERED:**

Dated: <u>March 24, 2008</u>

_____
Honorable Alicia G. Rosenberg
United States Magistrate Judge